

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

• 300 Quarropas Street, White Plains, NY 10601 •

John Vidurek, Kimberly Vidurek, and James Vidurek;

Plaintiffs

- against -

Steve Douglas CEO, Mike Frost CLO, Randall Kamm "Randy" VP, Cbe Group Inc, N Cassadine, J Melendez, Susan Lamastro, Jeanette Willet, Frank J Chan, Charles P. Rettig, and Bobbi S Martin;

Defendants

**JURISDICTION:** Court of Record

Docket No. 7:20-cv-06714

**AFFIDAVIT OF DEFAULT**

On July 21, 2020, plaintiff filed an Action at Law and on September 18, 2020 served upon defendants; Steve Douglas, Mike Frost, Kamm Randy, and CBE Group Inc. The record shows that defendants Steve Douglas, Mike Frost, Kamm Randy, and CBE Group Inc. made no return, requested no more time to answer, and did not provided any objection to the proceedings. Therefore a default judgment as per rule 55(a) and (b) was filed with the court on March 3, 2021 said defendants filed a paper more than six months after they were served.

**WHEREAS:** defendants' response did not satisfy rule 55(a) and (b) and therefore as per said law, defendants cannot be heard, they defaulted.

Seal      New York, Dutchess County, March 30, 2021

John Vidurek, in pro per, and as next friend on behalf of Kimberly and James



# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

• 300 Quarropas Street, White Plains, NY 10601 •

---

John Vidurek, Kimberly Vidurek, and James Vidurek;
 Plaintiffs

- against -

Steve Douglas CEO, Mike Frost CLO, Randall Kamm "Randy" VP, Cbe Group Inc, N Cassadine, J Melendez, Susan Lamastro, Jeanette Willet, Frank J Chan, Charles P. Rettig, and Bobbi S Martin;

 Defendants

**JURISDICTION:** Court of Record

**Index No.** 2020-610

**ACTION AT LAW**[1]

---

On July 21, 2020, plaintiff filed an Action at Law and on September 18, 2020 served upon defendants; Steve Douglas, Mike Frost, Kamm Randy, and CBE Group Inc. The record shows that defendants Steve Douglas, Mike Frost, Kamm Randy, and CBE Group Inc. made no return, requested no more time to answer, and did not provided any objection to the proceedings. Therefore a default judgment as per rule 55(a) and (b) was filed with the court on March 3, 2021 said defendants filed a paper more than six months after they were served.

**WHEREAS:** defendants' response did not satisfy rule 55(a) and (b) and therefore as per said law, defendants cannot be heard, they defaulted.

Seal          New York, Dutchess County, March 30, 2021

John Vidurek, in pro per, and as next friend on behalf of Kimberly and James

---

[1] **AT LAW:** [Bouvier's] This phrase is used to point out that a thing is to be done according to the course of the common law; it is distinguished from a proceeding in equity.

Page **1** of **1**

John E. Vidurek
1 South Dr.
Hyde Park, NY 12538

RECEIVED
APR 12 2021
U.S.D.C.
W.P.

CERTIFIED MAIL

ALBANY NY 1...
APR 2021

7019 2970 0000 3685 5972

United States District Court
For the Southern District of NY
300 Quarropas Street
White Plains, NY. 10601

10601-414000



U.S. POSTAGE PAID
FCM LETTER
HYDE PARK, NY
12538
APR 09, 21
AMOUNT
$4.15
R2305M147663-11

1000

10601