

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**
300 Quarropas Street, White Plains, NY 10601 •

| | |
|---|---|
| John Vidurek, Kimberly Vidurek, and James Vidurek;<br>Plaintiffs<br><br>- against -<br><br>Steve Douglas, Mike Frost, Kamm Randy, CBE Group Inc.,<br>N Cassadine, J Melendez, Susan Lamastro, Jeanette Willet,<br>Frank J Chan, Charles P. Rettig, and Bobbi S Martin;<br><br>Defendants | **JURISDICTION:** Court of Record<br><br>Docket No. 7:20-cv-06714<br><br><br>**PLAINTIFFS RESPONSE**<br>**TO HEARING REQUEST** |

I, John Vidurek, hereinafter plaintiff, in pro per and next friend for plaintiffs' Kimberly Vidurek and James Vidurek above, being of lawful age, qualified and competent to testify to, and having firsthand knowledge of the following facts:

On and for the record, plaintiffs proceed via special appearance[1] under protest because defendants have defaulted and plaintiffs find themselves in jurisdictions unknown whereas, the court refuses to identify the jurisdiction that the plaintiffs have been carried away to.

Furthermore plaintiffs opened a court of record whereas this case is to be a jury trial, but since all defendants defaulted and none of the defendants can show good cause a summary judgement against the defendants is appropriate. The Law requires that the clerk "MUST" enter a default but the judge continues to ignore the Law by blocking a lawful default on all defendants.

> As per Rule 55 (a) Entering a Default: *When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk <u>must enter</u> the party's default.*

On July 21, 2020, plaintiff filed an Action at Law and on September 18, 2020 served upon defendants; Steve Douglas, Mike Frost, Kamm Randy, and CBE Group Inc. The record shows that defendants Steve Douglas, Mike Frost, Kamm Randy, and CBE Group Inc. made no return, requested no more

---

[1] A special appearance is for the purpose of testing the jurisdiction of the court; - State v. Huller, 23 N.M. 306, 168 P. 528, 534, 1 A.L.R. 170.

**DOCKET NO. 7:20-cv-06714**                                                                                                   **PAGE 2 OF 3**

time to answer, and did not provided any objection to the proceedings. Therefore a default judgment as per rule 55(a) and (b) is in order for the relief demanded in the Action at law against said defendants.

As per Rule 55(a) and (b) defendants; Steve Douglas, Mike Frost, Kamm Randy, and CBE Group Inc., (like N Cassadine, J Melendez, Susan Lamastro, Jeanette Willet, Frank J Chan, Charles P. Rettig, and Bobbi S Martin) cannot recover from said defaults because the defendants have not and cannot show good reason for their lack of response. Nor can any of the defendants show any likelihood of a reasonable defense against the merits of the case that can survive a jury trial. Both of which these two points are required in order to survive a default.

Furthermore, Rule 12 as a defense against the plaintiffs is not available to the defendants because they all defaulted and plaintiffs' filings in this court along with a multitude of supporting documents were clearly defined and detailed. Plaintiffs' merits of the case, in a nut shell, are recapped as follows:

1) Plaintiffs stated, with supporting documents that, defendants vindictively created fraudulent extortionate bills, using the USPS to perpetrate said fraud which is a federal crime.
2) Plaintiffs stated, with supporting documents that, defendants vindictively and without merit assaulted defendant John's wife and son with fraudulent bills without a "_required by Law Proof of Claim IRS form 4490_," without which there is no claim!
3) Plaintiff John Vidurek is retired and had no liabilities for the year in question.
4) Plaintiff Kimberly Vidurek is disabled and never was employed and therefore has no liabilities for any year in question.
5) Plaintiffs stated, with supporting documents that, plaintiff James Vidurek started his first "_entrance level employment_" as a cashier in the year in question. His employer deducted taxes and James filed a return which was fraudulently withheld because of a fraudulent claim by the defendants with "_No Proof of Claim IRS form 4490._"
6) Plaintiffs stated, with supporting documents that, plaintiffs made "numerous" requests for the "_Proof of Claim IRS form 4490_" which is "_required by law_" for any agency to bill. Defendants ignored every request and continued with outrageous fraudulent demands.

Seal    New York, Dutchess County, May 5, 2021

_____
John Vidurek, in pro per, and as next friend on behalf of Kimberly Vidurek and James Vidurek

**Attachments:**    Affidavit of Default, copy.
IRS Form 4490, required by law to file a claim

```
U.S. Postal Service
CERTIFIED MAIL® RECEIPT
Domestic Mail Only
For delivery information, visit our website at www.usps.com®.
White Plains, NY 10601
Certified Mail Fee  $3.60
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $ $0.00
☐ Return Receipt (electronic)      $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required         $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00
Postage  $0.55
                                   04/09/2021
United States District Court
For the Southern District of NY
300 Quarropas Street
White Plains, NY. 10601
```

Postmark APR 2021

7019 2970 0000 3685 5972

**ATES DISTRICT COURT**
**RN DISTRICT OF NEW YORK**
treet, White Plains, NY 10601 •

Kimberly Vidurek; James Vidurek;
                                    Plaintiffs

- against -

Steve Douglas CEO, Mike Frost CLO, Randall Kamm "Randy" VP, Cbe Group Inc, N Cassadine, J Melendez, Susan Lamastro, Jeanette Willet, Frank J Chan, Charles P. Rettig, and Bobbi S Martin;

                                    Defendants

**JURISDICTION:** Court of Record

Docket No. 7:20-cv-06714

**AFFIDAVIT OF DEFAULT**

On July 21, 2020, plaintiff filed an Action at Law and on September 18, 2020 served upon defendants; Steve Douglas, Mike Frost, Kamm Randy, and CBE Group Inc. The record shows that defendants Steve Douglas, Mike Frost, Kamm Randy, and CBE Group Inc. made no return, requested no more time to answer, and did not provided any objection to the proceedings. Therefore a default judgment as per rule 55(a) and (b) was filed with the court on March 3, 2021 said defendants filed a paper more than six months after they were served.

**WHEREAS:** defendants' response did not satisfy rule 55(a) and (b) and therefore as per said law, defendants cannot be heard, they defaulted.

Seal    New York, Dutchess County, March 30, 2021

_____
John Vidurek, in pro per, and as next friend on behalf of Kimberly and James

Page 1 of 1

# Proof of Claim for Internal Revenue Taxes

Department of the Treasury/Internal Revenue Service

In the _____ Court
for the _____

In the Matter of:



Form **4490**
(Rev. 2-2005)

| Docket Number |
|---|
| |

| Kind of Proceeding |
|---|
| |

**Taxpayer's Identifying Number:**

| Social Security Number |
|---|
| |

| Employer Identification Number |
|---|
| |

The undersigned officer of the Internal Revenue Service, a duly authorized agent of the United States in this behalf, being duly sworn, deposes and says that:

1. _____ is justly and truly indebted to the United States in the amount of _____ with interest and penalty as shown below.

2. This debt is for taxes due under the Internal Revenue laws of the United States as follows:

| Kind of Tax and Period | Unpaid Assessed Balance (dollars) | Accrued Interest (dollars) | Accrued Late Payment Penalty (dollars) | Total | Date Tax Lien Arose |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

3. No part of this debt has been paid, and it is now due and payable to the United States Treasury at the Office of Internal Revenue Service;
4. Except for the statutory tax liens that arose on the above dates, the United States does not hold, to the deponent's knowledge or belief, any security for this debt;
5. No note or other negotiable instrument has been received for this debt or any part of it, nor has any judgment been rendered with respect to this debt; and
6. This debt has priority and must be paid in full in advance of distribution to creditors to the extent provided by law: See 31 U.S.C. Section 3713(a). Any executor, administrator, or other person who fails to pay the claims of the United States in accordance with its priority may become personally liable for this debt under 31 U.S.C. Section 3713(b).

*(Notarize or witness if court requires)*

**Subscribed and Sworn to Before Me On**

Month      Day      Year

| Signature | | |
|---|---|---|
| Title | ID Number | Telephone Number |
| Address | | |

Part 1 - For Court *(or Fiduciary, if required by local procedures)*

Form 4490 (Rev. 2-2005) Cat. No. 41704T



JOHN VIDUREK, KIMBERLY VIDUREK, AND JAMES VIDUREK
1 South Drive, Hyde Park, New York, 12539
Phone (845) 229-0350, Fax (888) 891-8977;

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

## CASE NO. 7:20-CV-06714 cs
## ACTION AT LAW – COURT OF RECORD

JOHN VIDUREK, ET AL, PLAINTIFFS, IN PRO PER

-v-

| | |
|---|---|
| Steve Douglas CEO, CBE Group<br>PO Box 126 Waterloo, IA 50704<br><br>Mike Frost CLO, CBE Group<br>PO Box 126 Waterloo, IA 50704<br><br>Kamm "Randy" VP, **CCO**, CBE Group<br>PO Box 126 Waterloo, IA 50704<br><br>CBE Group Inc.<br>PO Box 126 Waterloo, IA 50704 | Lippes Mathias Wexler Friedman LLP<br>Brendan H. Little<br>50 Fountain Plaza, Suite 1700<br>Buffalo, NY. 14202<br>Phone (716) 853-5100<br>Fax (716) 853-5199 |
| N Cassadine, DOT Small Business<br>J Melendez, Taxpayer Advocate Service<br>Susan Lamastro, DOT, IRS<br>Jeanette Willet, DOT Small Business<br>Frank J Chan, IRS ACS Correspondence<br>Charles P. Rettig, IRS<br>Bobbi S Martin, DOT, IRS | Represented by Brandon H Cowart,<br>Assistant US Attorney<br>86 Chambers Street, 3rd Floor<br>New York, New York 10007<br>Phone: (212) 637-2693<br>Fax: (212) 637-2686<br>Email: Brandon.cowart@usdoj.gov |

Defendants

John E. Vidurek
1 South Dr
Hyde Park, NY 12538








CERTIFIED MAIL

7019 2970 0000 3685 5989

US District Court for the
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

10601-414000

U.S. POSTAGE PAID
FCM LETTER
HYDE PARK, NY
12538
MAY 05, 21
AMOUNT
$4.15
R2306Y151914-06

RECEIVED
MAY 10 2021
U.S.D.C.
W.P.