UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
JOHN VIDUREK, KIMBERLY VIDUREK, and
JAMES VIDUREK

                              Plaintiffs,

- against -

PIM POLLEN, MARGARETH DE WIT,
ALESSANDRO DONETTI, N. CASSADINE, J.
MELENDEZ, SUSAN LAMASTRO, JEANETTE
WILLET, FRANK J. CHAN, CHARLES P.
RETTIG, BOBBI S. MARTIN, THE CBE GROUP,
INC., STEVE DOUGLAS, MIKE FROST and
RANDALL KAMM,

                              Defendants.
---------------------------------------------------------------x

**ORDER OF DISMISSAL**

No. 20-CV-6714 (CS)

Seibel, J.

      By Opinion and Order dated September 7, 2021, I dismissed Plaintiffs' claims against the Federal Defendants with prejudice and their claims against the CBE Defendants without prejudice. (ECF No. 32.) I specified, however, that the dismissal of the claims against the CBE Defendants would be converted to one with prejudice if no motion to amend was made by September 28, 2021. (*Id.*) No such motion has been made, and accordingly the claims against the CBE Defendants are dismissed with prejudice. The Clerk of Court is respectfully directed to: 1) send a copy of this Order to Plaintiffs; and 2) close the case.

**SO ORDERED.**

Dated: October 5, 2021
       White Plains, New York

                                                _____
                                                CATHY SEIBEL, U.S.D.J.