UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JOHN VIDUREK, KIMBERLY VIDUREK, and
JAMES VIDUREK,

                        Plaintiffs,

          -against-                                          20 **CIVIL** 6714 (CS)

## JUDGMENT

PIM POLLEN, MARGARETH DE WIT,
ALESSANDRO DONETTI, N. CASSADINE, J.
MELENDEZ, SUSAN LAMASTRO, JEANETTE
WILLET, FRANK J. CHAN, CHARLES P. RETTIG,
BOBBI S. MARTIN, THE CBE GROUP, INC.,
STEVE DOUGLAS, MIKE FROST and RANDALL
KAMM,

                        Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 5, 2021, the Court dismissed Plaintiffs' claims against the Federal Defendants with prejudice and their claims against the CBE Defendants without prejudice. The Court specified, however, that the dismissal of the claims against the CBE Defendants would be converted to one with prejudice if no motion to amend was made by September 28, 2021. No such motion has been made, and accordingly the claims against the CBE Defendants are dismissed with prejudice.

**Dated:** New York, New York
          October 6, 2021

                                                               **RUBY J. KRAJICK**

                                                                 **Clerk of Court**
                                   **BY:**

                                                                  **Deputy Clerk**